# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| Sweet Mama Produce, LLC<br>v.<br>Williamson Produce, Inc.,<br>Hendrix Brothers Produce, Inc. and<br>CNH Capital America LLC | FILED: JULY 2, 2008<br>08CV3792<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH

Sweet Mama Produce, LLC

| |
|---|
| NAME (Type or print)<br> Robert M. Andalman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Robert M. Andalman |
| FIRM<br> Loeb & Loeb LLP |
| STREET ADDRESS<br> 321 N. Clark Street |
| CITY/STATE/ZIP<br> Chicago, IL  60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209454 | TELEPHONE  NUMBER<br> 312-464-3100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐