# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Sweet Mama Produce, LLC<br>v.<br>Williamson Produce, Inc.,<br>Hendrix Brothers Produce, Inc. and<br>CNH Capital America LLC | FILED: JULY 2, 2008<br>08CV3792<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE DENLOW<br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sweet Mama Produce, LLC

| | |
|---|---|
| **NAME (Type or print)**<br>Emily R. Haus | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Emily R. Haus | |
| **FIRM**<br>Loeb & Loeb LLP | |
| **STREET ADDRESS**<br>321 N. Clark Street | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60654 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6289669 | **TELEPHONE NUMBER**<br>312-464-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |