### *United States District Court for the Northern District of Illinois*

Case Number: 08CV3792              Assigned/Issued By: DAJ

Judge Name: PALLMEYER              Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

***Amount Due:***  ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_3_ Original and _0_ copies on _07/07/08_ as to DEF'S. _____
                               (Date)

_____

_____