### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv3792

Assigned/Issued By: j. n.

Judge Name:

Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*
☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                            ☑ Alias Summons

☐ Third Party Summons                ☐ Lis Pendens

☐ Non Wage Garnishment Summons       ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____         ☐ Other
        *(Type of Writ)*               _____
                                       _____
                                        *(Type of issuance)*

3 Original and 3 copies on 7-14-08 as to all defendants
                           *(Date)*

_____

_____