**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                     Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| |

| CITY/STATE/ZIP |
|---|
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SWEET MAMA PRODUCE, LLC, an Illinois Limited Liability Company, | ) ) ) |
| Plaintiff, | ) Case No. 08 C 3792 |
| vs. | ) ) Hon. Rebecca R. Pallmeyer ) |
| WILLIAMSON PRODUCE, INC., a North Carolina Corporation; HENDRIX BROTHERS PRODUCE, INC., a Georgia Corporation; and CNH CAPITAL AMERICA LLC, a Delaware Limited Liability Company, | ) Magistrate Judge Morton Denlow ) ) ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this 21st day of July, 2008, we caused to be filed with the Court, the Appearance of W. Kent Carter on behalf of Defendant, CNH Capital America LLC.

July 21, 2008

                                              Respectfully submitted,

                                              CLARK HILL PLC

                                      By:    s/W. Kent Carter
                                                 W. Kent Carter, Esq. (6242646)
                                                 150 N. Michigan Avenue, Suite 2400
                                                 Chicago, IL  60601
                                                 (312) 985-5900
                                                 wcarter@clarkhill.com
                                                 Attorneys For CNH CAPITAL AMERICA LLC

5623104.1 28265/114565

-2-

## CERTIFICATE OF SERVICE

    I, W. K. Carter, an attorney, do hereby certify that I caused a copy of this Notice of Filing on Behalf of CNH Capital America LLC to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on July 21, 2008.

                                                                                     ___/s W. Kent Carter___

W. Kent Carter, Esq. (6242646)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
wcarter@clarkhill.com

## SERVICE LIST

*Via* **Electronic Filing**
Robert M. Andalman, Esq.
Emily Haus, Esq.
Loeb & Loeb LLP
321 N. Clark St., Ste. 2300
Chicago, IL 60610
312-464-3100
randalman@loeb.com
ehaus@loeb.com
*Attorneys for Plaintiff*

5623104.1 28265/114565