AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

Sweet Mama Produce, LLC

CASE NUMBER: 08 C 3792

V.

ASSIGNED JUDGE: Rebecca R. Pallmeyer

Williamson Produce, Inc.,
Hendrix Brothers Produce, Inc. and
CNH Capital America LLC

DESIGNATED
MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

Williamson Produce, Inc.
c/o William R. Williamson, Registered Agent
1501 Ralston Street
Wilson, NC 27895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Andalman
Emily R. Haus
Loeb & Loeb LLP
321 N. Clark Street
Chicago, IL 60654

First Amended
an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 14, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 17, 2008 @ 4:30 pm |
| NAME OF SERVER (PRINT) Connie LaBarre | TITLE PS./the Carolina Group |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1501 Ralston Street, Willson, NC, 27895

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Joan Dozier - Personal Secretary of William R. Williamson, at Williamson Produce, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 17, 2008        Connie LaBarre
                    Date                Signature of Server

714 W. Vernon Avenue
Kinston, N.C. 28501
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.