AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

Sweet Mama Produce, LLC

CASE NUMBER: 08 C 3792

V.

ASSIGNED JUDGE: Rebecca R. Pallmeyer

Williamson Produce, Inc.,
Hendrix Brothers Produce, Inc. and
CNH Capital America LLC

DESIGNATED
MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

Hendrix Brothers Produce, Inc.
c/o Cole Hendrix, Registered Agent
3603 Adabelle Road
Register, GA 30452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Andalman
Emily R. Haus
Loeb & Loeb LLP
321 N. Clark Street
Chicago, IL 60654

First Amended an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 14, 2008

Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 08-C-3792

Plaintiff:
**SWEET MAMA PRODUCE, LLC**

vs.

Defendants:
**WILLIAMSON PRODUCE, INC. HENDRIX BROTHERS PRODUCE, INC. and CNH CAPITAL AMERICA, LLC a Delaware Limited Liability Company,**

For:
Robert Andalman
LOEB & LOEB LLP
321 North Clark Street
Suite 2300
Chicago, IL  60610

Received by COASTAL INVESTIGATIONS on the 15th day of July, 2008 at 5:39 pm to be served on **HENDRIX BROTHERS PRODUCE, INC., 3603 Adabelle Road, Register, GA 30452**.

I, Glenn Christian LPI CFI, being duly sworn, depose and say that on the **15th day of July, 2008** at **7:00 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Alias Summons In A Civil Case and First Amended Interpleader Complaint** with the date and hour of service endorsed thereon by me, to: **Cole Hendrix** as **Registered Agent** for **HENDRIX BROTHERS PRODUCE, INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server and a Licensed Private Investigator, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of July, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MICHAEL D. ENGLE
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires July 27, 2009

_____
Glenn Christian LPI CFI
PDE-045942

**COASTAL INVESTIGATIONS**
105-B Owens Industrial Park
Savannah, GA  31405
(912) 232-8818

Our Job Serial Number: 2008000068

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f