AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS    **SUMMONS IN A CIVIL CASE**

Sweet Mama Produce, LLC

CASE NUMBER:    08 C 3792

V.

ASSIGNED JUDGE:    Rebecca R. Pallmeyer

Williamson Produce, Inc.,
Hendrix Brothers Produce, Inc. and
CNH Capital America LLC

DESIGNATED
MAGISTRATE JUDGE:    Morton Denlow

TO: (Name and address of Defendant)

CNH Capital America LLC
c/o CT Corporation System, Registered Agent
8040 Excelsior Drive, Suite 200
Madison, WI 53717

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Andalman
Emily R. Haus
Loeb & Loeb LLP
321 N. Clark Street
Chicago, IL 60654

an answer to the First Amended complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 14, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 16, 2008  11:35 a.m. |
| NAME OF SERVER (PRINT) Chad Tetting | TITLE State of Wisconsin Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Corporate Service upon Dawn Pederson of CT Corporation System Registered Agent for CNH Capital America LLC at 8040 Excelsior Dr. Madison, Wisconsin 53717.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/16/08
    Date      Signature of Server

579 D'Onofrio Dr. Madison, WI 53719
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.