## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SWEET MAMA PRODUCE, LLC, an Illinois Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | Case No. 08 C 3792 |
| vs. ) ) | Hon. Rebecca R. Pallmeyer |
| WILLIAMSON PRODUCE, INC., a North Carolina Corporation; HENDRIX BROTHERS PRODUCE, INC., a Georgia Corporation; and CNH CAPITAL AMERICA LLC, a Delaware Limited Liability Company, ) ) ) ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this 6th day of August, 2008, we caused to be filed with the Court, the Appearance of Jessica M. Scheller on behalf of Defendant, CNH Capital America LLC.

August 6, 2008

                Respectfully submitted,

                CLARK HILL PLC

                By: s/Jessica M. Scheller
                    Jessica M. Scheller (6283944)
                    150 N. Michigan Avenue, Suite 2400
                    Chicago, IL  60601
                    (312) 985-5900
                    jscheller@clarkhill.com
                    Attorneys For CNH CAPITAL AMERICA LLC

5631160.1 28265/123770

## CERTIFICATE OF SERVICE

I, Jessica M. Scheller, an attorney, do hereby certify that I caused a copy of this Notice of Filing on Behalf of CNH Capital America LLC to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on August 6, 2008.

/s Jessica M. Scheller

Jessica M. Scheller (6283944)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
**jscheller@clarkhill.com**

**SERVICE LIST**

*Via* **Electronic Filing**
Robert M. Andalman, Esq.
Emily Haus, Esq.
Loeb & Loeb LLP
321 N. Clark St., Ste. 2300
Chicago, IL 60610
312-464-3100
randalman@loeb.com
ehaus@loeb.com
*Attorneys for Plaintiff*