## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SWEET MAMA PRODUCE, LLC, an Illinois Limited Liability Company, ) ) ) | |
| Plaintiff-Stakeholder, ) ) | Case No. 08 C 3792 |
| vs. ) ) | Judge Hon. Rebecca R. Pallmeyer |
| WILLIAMSON PRODUCE, INC., a North Carolina Corporation; HENDRIX BROTHERS PRODUCE, INC., a Georgia Corporation; and CNH CAPITAL AMERICA LLC, a Delaware Limited Liability Company, ) ) ) ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendants-Claimants. ) | |
| CNH CAPITAL AMERICA, LLC, a Delaware limited liability company, ) ) ) | |
| Counter-Plaintiff and Cross-Plaintiff, ) ) | |
| vs. ) ) | |
| SWEET MAMA PRODUCE, LLC, an Illinois Limited Liability Company, ) ) ) | |
| Counter-Defendant, ) ) | |
| WILLIAMSON PRODUCE, INC., a North Carolina Corporation; HENDRIX BROTHERS PRODUCE, INC., a Georgia Corporation, ) ) ) ) | |
| Cross-Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this 6th day of August, 2008, we caused to be filed with the Court, Defendant, CNH Capital America LLC's Answer, Counter-Claim and Cross-Claim for Declaratory Relief.

5631075.1 28265/123770

-2-

August 6, 2008

                        Respectfully submitted,

                        CLARK HILL PLC

                        By:    s/W. Kent Carter
                               W. Kent Carter, Esq. (6242646)
                               150 N. Michigan Avenue, Suite 2400
                               Chicago, IL  60601
                               (312) 985-5900
                               wcarter@clarkhill.com
                               Attorneys For CNH CAPITAL AMERICA LLC

5631075.1 28265/123770

## CERTIFICATE OF SERVICE

      I, W. K. Carter, an attorney, do hereby certify that I caused a copy of this Notice of Filing on Behalf of CNH Capital America LLC to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on August 6, 2008.

                                                         /s W. Kent Carter

W. Kent Carter, Esq. (6242646)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
wcarter@clarkhill.com

## SERVICE LIST

*Via* **Electronic Filing**
Robert M. Andalman, Esq.
Emily Haus, Esq.
Loeb & Loeb LLP
321 N. Clark St., Ste. 2300
Chicago, IL 60610
312-464-3100
randalman@loeb.com
ehaus@loeb.com
*Attorneys for Plaintiff*

*Via* **U.S. Mail**

| Hendrix Brothers Produce, Inc. | Williamson Produce, Inc. |
| --- | --- |
| c/o Cole Hendrix, Registered Agent | c/o William R. Williamson, Registered Agent |
| 3603 Adabelle Rad | 1501 Ralston Street |
| Register, GA 30452 | Wilson, NC 27895 |